Case 2:10-md-02138-JWL -KGS   Document 112   Filed 10/22/10   Page 1 of 1
Case 3:10-cv-03814-JCS   Document 12   Filed 10/26/10   Page 1 of 2
Case CAE/1:10-cv-00679   Document 3   Filed 10/13/10   Page 1 of 2

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BANK OF AMERICA WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION

MDL No. 2138

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-4)

On April 14, 2010, the Panel transferred 10 civil actions to the United States District Court for the District of Kansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* F.Supp.2d. (J.P.M.L. 2010). Since that time, 4 additional actions have been transferred to the District of Kansas. With the consent of that court, all such actions have been assigned to the Honorable John W Lungstrum.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Kansas and assigned to Judge Lungstrum.

Pursuant to Rule 7.4. of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Kansas for the reasons stated in the order of April 14, 2010, and, with the consent of that court, assigned to the Honorable John W Lungstrum.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Kansas. The Transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 13, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 2:10-md-02138-JWL -KGS   Document 112-1   Filed 10/22/10   Page 1 of 1
Case 3:10-cv-03814-JCS   Document 12   Filed 10/26/10   Page 2 of 2
Case CAE/1:10-cv-00679   Document 3   Filed 10/13/10   Page 2 of 2

IN RE: BANK OF AMERICA WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION     MDL No. 2138

## SCHEDULE CTO-4 - TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA EASTERN** | | | |
| CAE | 1 | 10-00679 | Aubin v. Bank of America, National Association |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 10-03814 | Brito v. Bank of America, National Association |
| CAN | 3 | 10-01207 | Lopez v. Bank of America, N.A. |